# IN THE COURT OF APPEALS OF THE STATE OF WASHINGTON

In the Matter of the Estate of )
)
)
BARBARA M PURDUE )
)
)
)
SUSAN P. CHRISTOFF, NANCY P. )
MYHRE, HAZEL P. BEATTY, and )
WILLIAM J. PURDUE, as co-personal )
representatives of the ESTATE OF )
BARBARA M. PURDUE, )
)
Respondents, )
)
v. )
)
DEPARTMENT OF REVENUE of the )
state of Washington, )
)
Appellant. )
)

No. 70446-0-I

DIVISION ONE

UNPUBLISHED OPINION

FILED: DEC 0 1 2014

PER CURIAM — This appeal was stayed pending the Washington State Supreme Court's decision in In re Estate of Hambleton, __ Wn.2d __ , 335 P.3d 398 (2014). We lifted the stay and requested supplemental briefing on the impact of Hambleton on this case. Respondents concede that Hambleton controls the issues in this case. We accept the concession and reverse and remand for further proceedings consistent with Hambleton.

Reversed and remanded.

FOR THE COURT:

Trickey, J.

Verellen, J.

Cox, J.